# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> CARLOS DEMONTAE SPENCER <br> (FILED AS DETAINER WITH MARTINSVILLE CITY JAIL) <br><br> *Defendant* | ) ) ) ) ) ) )    Case No. 4:19CR00026 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Carlos Demontae Spencer,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking, Firearm Used in Drug Trafficking & Prohibited Person in Possession of Firearm

Date:    07/11/2019

*H. McDonald*, Deputy Clerk
*Issuing officer's signature*

City and state:    Roanoke, VA

Hon. Elizabeth K. Dillon, U. S. District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*